UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 1164

Willie lee Stanley JR 4th
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

[illegible scribbled text]
① NEW York State
② New York City

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
(check one)

I demand a Jury Trial within 10 Days of service of the answer.

RECEIVED
FEB 20 2013
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Willie lee Stanley JR 4th
ID # 3491220956
Current Institution GRVC Bing 11A
Address 09-09 Hazen Street East
Elmhurst NY, NY 11370.

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 2   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 3   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 4   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _New York_ _Downtown Hospital, Manhattan Detention center._ _09-09 Hazen Street East Elmhurst NY, NY, 11370._

B.   Where in the institution did the events giving rise to your claim(s) occur? _My cells_ _in Both Jails._

C.   What date and approximate time did the events giving rise to your claim(s) occur? _January 4, 2013 and continue on the_ _6, 7th Exsadara._

Rev. 05/2007                                  2

D. Facts:

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

M. NeeDHam #s 11311600692
J. Santana  #s 241 1207479

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Temporay Paralization and Having to be Wheel Chair bound. Mentally & Emotional Phycacly, Chrul and onusaull Ponishment, Medical mal Practice, low Back Pain Crawl's onuall Ponishment.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). GRVC, M.D.C. Correctional Facility

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? in the grevince Box in the Houseing Facility in 7 South Houseing Area. 3 GRVC 11A

   1. Which claim(s) in this complaint did you grieve? Every claim

   2. What was the result, if any? Nobody got back to me.

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I Never Went Farther Then Filling a grevince. Do to the Fact by the (MD) and (RN) Dening my Medecation I Really Havent Had any Enagy To berly get up to use the Bathroom. To Sick to Funtion.

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: I Never got an Response For my grevince.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Would like 4.4 millon Dallors 1 million for what Doc Put me throgh. 1 million for what the Hospital Put me throgh. 2 million for what The Deparment of Mental Hygiene Put me throu. and Putting me in a life of Deat situation.

I Would also lik to be Put out of this cell states. $ in a Dorm lik the Doctor Rrecamendated. that will Happy to me. Take me out this Life and Deat situation. and Never be put back in this Padicament again.

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff: *Willie lee Dinley*
Inmate Number: 3491220956
Institution Address: 09-09 Hazen St
East Elmhurst NY
NY, 11370  11A
G-RVC.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Willie lee Dinley*

*Rev. 05/2007*

Defendant No. 4 New York Downtown Hospital.

Were currently Employed: New York Downtown
Address: 170 William Street New York, NY 10035

Defendant #5
Department of Correction.

Defendant: 6 Comtioner of Department of Correction John Doe or Jane Doe of Manhattan Detention center.

Defendent: 7 Warden John Doe or Jane Doe of Manhattan Detention Center.

Defendent 8: Captain Jane Doe shild # 911. Capt Webb. suracuraty captain sheld #???. Capt Blastagate. Tall cornrolls to the Back Dark Skin about 450 Pounds. area captain in 7 south. call from M.D.C Facilaty.

Deffendent: 9 Walker (PA) M.D.C Facillaty. work in the clint. Bold Head Brown Skin mid 40s

Deffendent: 10 Ms Hayes (RN) M.D.C Norse.
Deffendent: 11 John Doe Bay #14624 M.D.C worker
Deffendent: 12 Department of Heath and Mentall Hygiene

Deffendant: #13 Commitionner of GRVC coRRectional Facilaty, John Doe oR Jane Doe Bing of 11A

Warden Jane Doe oR John Doe of GRVC CoRRectional Facilaty Deffendant: 16 Bing 11A

Deffendant: #14 Dept of GRVc bing in 11A Jane Doe John Doe.

Deffendant: #15 Deparment of Health and Mentall Hygiene of the Bing Jane Doe oR John Doe of GRVC.

Deffendant: #16 SorSeraty Warden of the Bing. of GRVC Jane Doe oR John Doe

Deffendant: #17 Commissoner soraty of The Bing of GRVC Jane Doe oR John Doe

Deffendant: #19 Dept of Sauraty of The Bing GRVC John Doe Jane Doe.